UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNYE S. LUSTER, <br> Petitioner, <br> v. <br> PEOPLE OF CALIFORNIA, <br> Respondent. | Case No. 19-cv-03509-YGR (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus in which she challenges the execution of her sentence. Specifically, she is challenging the Madera County Superior Court's denial of her petition for a writ of habeas corpus upon finding that some evidence supported the prison official's decision finding her guilty of a rules violation.

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. *See id*. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at the California Institution for Women, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84. Because Petitioner challenges the execution of her sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and

1  Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the
2  Eastern Division of the United States District Court for the Central District of California.
3      If Plaintiff wishes to further pursue this action, she must complete the *in forma pauperis*
4  application required by the Eastern Division of the United States District Court for the Central
5  District of California and mail it to that district.
6      All remaining motions are TERMINATED on this Court's docket as no longer pending in
7  this district.
8      IT IS SO ORDERED.
9  Dated: July 22, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge